IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>NABISCO, INC.,<br><br>and<br><br>MONDELEZ GLOBAL LLC,<br><br>DEFENDANTS. | Civil Action No.:  1:19-cv-01654-RGA<br><br>TRIAL BY JURY DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT
NABISCO, INC. WITHOUT PREJUDICE**

Now comes, Plaintiff Symbology Innovations LLC, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1), hereby notifies this Honorable Court of its voluntarily dismissal of all of the claims and allegations against original named Defendant Nabisco, Inc., in the within action without prejudice.  Defendant Nabisco, Inc., has not served an answer nor any dispositive motions.  All parties to bear their own costs and attorneys' fees.  All claims and allegations asserted in Plaintiff's Amended Complaint (D.I. 6) against Defendant Mondelez Global LLC remain before this Honorable Court.

Respectfully submitted,

STAMOULIS & WEINBLATT LLC

Dated: September 23, 2019     /s/Stamatios Stamoulis
    Stamatios Stamoulis
    800 N. West Street, Third Floor
    Wilmington, DE 19801
    Telephone: (302) 999-1540
    Facsimile: (302) 762-1688
    stamoulis@swdelaw.com

Together with:

Sand, Sebolt & Wernow Co., LPA
Howard L. Wernow
(*Pro Hac Vice Forthcoming*)
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
howard.wernow@sswip.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served in addition to the Court's electronic filing system this 23rd day of September, 2019 on the following counsel of record:

Defendant Nabisco, Inc.

Jeanne M. Gills, Esq.
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
jmgills@foley.com

Attorney for Defendant Mondelez Global LLC

/s/Stamatios Stamoulis
Stamatios Stamoulis