IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC, ) | |
| ) | C.A. No. 1:19-cv-01654-RGA |
| Plaintiff, ) | |
| ) | |
| v. ) | **TRIAL BY JURY DEMANDED** |
| ) | |
| MONDELEZ GLOBAL LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNOPPOSED MOTION TO STAY
ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Symbology Innovations LLC, by and through undersigned counsel and subject to the approval of this Court, hereby files this Unopposed Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

All matters in controversy between Plaintiff and Defendant Mondelez Global LLC have been settled in principle. The parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to perform such terms within sixty (60) days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, until March 23, 2020. Defendant is unopposed to the relief requested herein.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff conferred with Defendant about the issues presented here. Defendant indicated that it was not opposed to the relief sought herein.

1

Dated: January 22, 2020

                                                  By:  */s/Stamatios Stamoulis*
                                                            Stamatios Stamoulis
                                                            Stamoulis & Weinblatt LLC
                                                            800 N. West Street, Third Floor
                                                            Wilmington, Delaware 19801
                                                            Tel: (302) 999-1540
                                                            Email: stamoulis@swdelaw.com

                                                            Together with:

                                                            Sand, Sebolt & Wernow Co., LPA
                                                            Howard L. Wernow
                                                            (*Pro Hac Vice*)
                                                            Aegis Tower – Suite 1100
                                                            4940 Munson Street, N.W.
                                                            Canton, Ohio 44718
                                                            Tel: (330) 244-1174
                                                            Email: wernow@sswip.com

                                                            *Symbology Innovations LLC*

SO ORDERED this _____ day of _____, 2020

                                                            _____
                                                            United States District Court Judge