# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLY INNOVATIONS LLC, | ) |
| | ) C.A. No. 1:19-cv-01654-RGA |
| Plaintiff, | ) |
| | ) |
| v. | ) **TRIAL BY JURY DEMANDED** |
| | ) |
| MONDELEZ GLOBAL LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, Symbology Innovations LLC, by and through the undersigned counsel, and hereby voluntarily dismisses all of the claims asserted against Defendant Mondelez Global LLC in the within action **with prejudice**. This notice of dismissal pursuant to Civ. R. 41(a)(1) is proper inasmuch as the Defendant has neither answered nor moved for summary judgement.

Dated: February 12, 2020            By:

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Tel: (302) 999-1540
Email: stamoulis@swdelaw.com

Together with:

Sand, Sebolt & Wernow Co., LPA
Howard L. Wernow
(*Pro Hac Vice*)
Aegis Tower – Suite 1100
4940 Munson Street, N.W.
Canton, Ohio 44718
Tel: (330) 244-1174
Email: wernow@sswip.com

*Symbology Innovations LLC*

SO ORDERED this _____ day of _____, 2020

_____
United States District Court Judge